No. 72–6902. GOODING v. UNITED STATES. C. A. D. C. Cir. Motion for leave to proceed in forma pauperis

908

and certiorari granted.